THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GARY KING, Defendant-Appellant.

(No. 60745; ▮▮▮▮▮▮▮▮▮▮)

First District (2nd Division)—August 26, 1975.

898

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Marc Fogelberg, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and John T. Theis, Assistant State's Attorneys, of counsel), for the People.

The People of the State of Illinois, Respondent-Appellee, *v.* Andrew Brooks, Petitioner-Appellant.

(No. 60872;

First District (2nd Division)—August 26, 1975.

PER CURIAM.